```
1  RANDY MONTESANO
   Attorney at Law
2  214 Duboce Avenue
   San Francisco, California 94103
3  (415) 431-8226

4  STEVE GRUEL
   Attorney at Law #213148
5  655 Montgomery Street, Suite 1700
   San Francisco, CA  94111-2633
6  (415) 989-1253

7  Attorneys for Defendant
   ANTHONY LAU
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. CR-06-0192 CRB |
|---|---|
| Plaintiff, | ) |
| vs. | ) STIPULATION AND ORDER |
|  | ) REGARDING BRIEFING SCHEDULE |
| ANTHONY LAU, | ) |
| Defendant. | ) |

Upon stipulation by both parties, IT IS HEREBY AGREED AND STIPULATED that defendant LAU shall file additional pretrial motions on or before September 20, 2006; that the government shall file a response on or before October 18, 2006; that the defense shall reply if it so chooses on or before November 1, 2006; and that the matter shall be set for hearing on November 8, 2006, at 2:15 p.m. This briefing schedule is in addition to the still scheduled motions date of August 23, 2006, with the understanding that the government may request additional time to respond to any defense motions noticed for August 23, 2006

Dated: 8/2/06

PETER AXELROD, AUSA

1  Dated: 8/2/06

_____
RANDY MONTESANO
STEVE GRUEL
Attorneys for Defendant Lau

5  SO ORDERED:

7  Dated: Aug. 03, 2006

_____
U.S. DISTRICT COURT

