KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

PETER B. AXELROD (CSBN 190843)
LAUREL BEELER (CSBN 187656)
Assistant United States Attorneys

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6774
   Facsimile: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 06-0192 CRB |
|    Plaintiff, | REQUEST, STIPULATION AND ORDER |
|    v. | |
| ANTHONY GAR LAU, | |
|    Defendant. | |

     This matter is currently on the Court's calendar for August 23, 2006. Through counsel, defendant Anthony Lau and the United States ask the Court to (a) vacate the August 23, 2006 motions' hearing date based on the parties' agreed to continuance, (b) set a date of October 11, 2006 for the hearing, and © exclude time under the Speedy Trial Act, 18 U.S.C. § 3161 from August 23, 2006, to October 11, 2006.

     1. In anticipation of Lau's December 4, 2006 trial, the defense has calendared motions for hearing on August 23, 2006, including motions to suppress evidence, inspect files and suppress the wire tap. Clerks Record (CR) 16-18. The parties have agreed to set a briefing schedule and continue those motions as follows:

ORDER
CR 06-0192 CRB

1      a.     United States' oppositions due on September 20, 2006.

2      b.     Defendant's replies due on October 4, 2006

3      c.     Motions Hearing on October 25, 2006.

2. Pursuant to the Court's June 20, 2006 order, time under the Speedy Trial Act is currently tolled until September 11, 2006. The parties agree that the time between September 11, 2006 and October 11, 2006 should be excluded from the Speedy Trial clock. Previously, the Court has declared this case complex. See 18 U.S.C. § 3161(h)(8)(B)(ii). Further, time is excludable due to the pendency of the instant motions. Additionally, defense counsel is continuing to review the discovery in this case, which exceeds 100,000 pages, and includes numerous Korean language documents and call transcripts. The parties agree that a continuance is necessary for the effective preparation of defense counsel, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(8)(B)(iv). The parties also agree that the ends of justice served by excluding the period from September 11, 2006 to October 11, 2006 outweigh the interest of the public and the defendant in a Speedy Trial. See id. § 3161(h)(8)(A).

STIPULATED:

| August 18, 2006 | /S/ PETER B. AXELROD |
|---|---|
| DATE | PETER B. AXELROD |
| | LAUREL BEELER |
| | Assistant United States Attorneys |

| August 17, 2006 | /S/ RANDY MONTESANO |
|---|---|
| DATE | RANDY MONTESANO |
| | STEVE GRUEL |
| | Attorneys for Anthony Lau |

### ORDER

For good cause shown, and for the reasons stated above, the Court (a) vacates the August 23, 2006 motions' hearing date based on the parties' agreed to continuance, (b) sets a date of October 11, 2006 for the hearing, subject to the agreed to briefing schedule, and © excludes time under

ORDER
CR 06-0192 CRB

2

1  the Speedy Trial Act, 18 U.S.C. § 3161 from September 11, 2006, to October 11, 2006. The
2  Court finds that the failure to grant the requested exclusion would deny defense counsel
3  reasonable time necessary for effective preparation taking into account the exercise of due
4  diligence. Further, the Court finds the exclusion warranted on complexity grounds, and based on
5  the pendency of the current motions. 18 U.S.C. § 3161(h)(1)(F), (h)(8)(B)(ii). Thus, the Court
6  finds that the ends of justice served by granting the requested exclusion outweigh the best interest
7  of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases.
8  The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§
9  3161(h)(1)(F), (h)(8)(A), (h)(8)(B)(ii) and (h)(8)(B)(iv).

10      IT IS SO ORDERED.

12  DATED: August 21, 2006
    _____
    CHARLES R. BREYER
    United States District Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Charles R. Breyer]*

ORDER
CR 06-0192 CRB