KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

PETER B. AXELROD (CSBN 190843)
LAUREL BEELER (CSBN 187656)
Assistant United States Attorneys

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6774
   Facsimile: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 06-0192 CRB |
|     Plaintiff, | REQUEST, STIPULATION AND ORDER |
|     v. | |
| ANTHONY GAR LAU, | |
|     Defendant. | |

    This matter is currently on the Court's calendar for October 25, 2006 for motions hearing. Through counsel, defendant Anthony Lau and the United States ask the Court to revise the briefing schedule as follows:

    a.    United States' oppositions due on September 27, 2006.

    b.    Defendant's replies due on October 11, 2006.

    c.    Motions Hearing on October 25, 2006.

\\
\\
\\

ORDER
CR 06-0192 CRB

1

STIPULATED:

| | |
|---|---|
| 8/29/06 | /s/ PETER B. AXELROD |
| DATE | PETER B. AXELROD<br>LAUREL BEELER<br>Assistant United States Attorneys |
| 8/29/06 | /s/ RANDY MONTESANO |
| DATE | RANDY MONTESANO<br>STEVE GRUEL<br>Attorneys for Anthony Lau |

## **ORDER**

For good cause shown, and based on the parties' stipulation, the Court orders the parties to file pursuant to the agreed to briefing schedule.

IT IS SO ORDERED.

DATED: _ August 29, 2006 _



CHARLES R. BREYER
United States District Judge

ORDER
CR 06-0192 CRB