1  RANDY MONTESANO
   Attorney at Law
2  214 Duboce Avenue
   San Francisco, California 94103
3  (415) 431-8226

4  STEVE GRUEL
   Attorney at Law #213148
5  655 Montgomery Street, Suite 1700
   San Francisco, CA   94111-2633
6  (415) 989-1253

7  Attorneys for Defendant
   ANTHONY LAU
8

9

10
                    UNITED STATES DISTRICT COURT
11
                FOR THE NORTHERN DISTRICT OF CALIFORNIA
12

13 UNITED STATES OF AMERICA,    )   Case No. CR-06-0192-CRB
                                )
14      Plaintiff,               )
                                )   REQUEST STIPULATION AND ORDER
15   vs.                        )
                                )
16 ANTHONY LAU,                 )
                                )
17      Defendant.               )
   _____)
18

19
        This matter is currently on the court's calendar for November 8, 2006, for motions
20
   hearing.  Through counsel, defendant ANTHONY LAU and the United States asks the court to
21
   revise the briefing schedule as follows:
22
        1.  Defendant's motions due on October 4, 2006;
23
        2.  United States' reply due on November 1, 2006;
24
        3.  Defense reply (if it so chooses) on November 8, 2006;
25
        4.  Motions hearing on November 22, 2006
26
        This request, stipulation and order will not affect the motions and briefing schedule
27
   presently set for hearing October 25, 2006.
28

**STIPULATED:**

Dated: 9-19-06         S/   Peter Axelrod
                       PETER AXELROD, AUSA
                       LAUREL BEELER, AUSA

Dated: 9-19-06         S/   Randy Montesano
                       RANDY MONTESANO
                       STEVE GRUEL
                       Attorneys for Defendant Lau

### ORDER

For good cause shown, and based on the parties' stipulation, the Court orders the parties to file pursuant to the agreed to briefing schedule.

Dated: Sept. 21, 2006

_____
U.S. DISTRICT COURT MAGISTRATE JUDGE
DISTRICT

IT IS SO ORDERED
Judge Charles R. Breyer