KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

PETER B. AXELROD (CSBN 190843)
LAUREL BEELER (CSBN 187656)
Assistant United States Attorneys

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6774
   Facsimile: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 06-0192 CRB |
|    Plaintiff, ) | REQUEST, STIPULATION AND ORDER |
|   v. ) | |
| ANTHONY GAR LAU, ) | |
|    Defendant. ) | |

     This matter is currently on the Court's calendar for October 25, 2006 for motions hearing. Through counsel, defendant Anthony Lau and the United States ask the Court to revise the briefing schedule, to accommodate government counsel who was out-of-town for a family funeral, as follows:

     a.   United States' oppositions due on October 2, 2006.

     b.   Defendant's replies due on October 16, 2006.

     c.   Motions Hearing on October 25, 2006.

\\

\\

ORDER
CR 06-0192 CRB

1

1  STIPULATED:
2
3     September 26, 2006                    /s/ PETER B. AXELROD
4  DATE                                    PETER B. AXELROD
                                           LAUREL BEELER
5                                          Assistant United States Attorneys
6
      September 26, 2006                    /s/ RANDY MONTESANO
7
   DATE                                    RANDY MONTESANO
8                                          STEVE GRUEL
                                           Attorneys for Anthony Lau
9

10                                  **ORDER**

11     For good cause shown, and based on the parties' stipulation, the Court orders the parties

12  to file pursuant to the agreed to briefing schedule.

13     IT IS SO ORDERED.

14

15  DATED: Sept. 27, 2006
                                           _____
16                                         CHARLES R. BREYER
                                           United States District Judge



ORDER
CR 06-0192 CRB

2