IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. C 06-00192 CRB |
| Plaintiff, | **ORDER** |
| v. | |
| ANTHONY GAR LAU, | |
| Defendant. | |

Now pending before the Court is Defendant's motion to suppress the evidence seized at his residence. The Court holds that the warrant affidavit established a reasonable nexus between the suspected criminal activity and Defendant's residence at 308 Goodwin Drive. Furthermore, the Court holds that even if such a nexus is absent, the agents who conducted the search had a good-faith and reasonable belief that the warrant was valid. Accordingly, Defendant's motion to suppress is DENIED.

**IT IS SO ORDERED.**

Dated: October 26, 2006

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2006\0192cr\order1.wpd