1  RANDY MONTESANO
   Attorney at Law
2  214 Duboce Avenue
   San Francisco, California 94103
3  (415) 431-8226

4  Attorney for Defendant
   ANTHONY LAU

5

6
                    UNITED STATES DISTRICT COURT
7
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
8

9  UNITED STATES OF AMERICA,        )  Case No. CR-06-0192 CRB
                                    )
10         Plaintiff,                )
                                    )  STIPULATION AND ORDER
11     vs.                           )  RE: TRAVEL
                                    )
12  ANTHONY LAU,                     )
                                    )
13         Defendant.                )
                                    )
14

15      It is hereby stipulated by and between the parties, that defendant ANTHONY LAU's

16  conditions of release heretofore set, shall be modified to permit him to travel round trip by

17  air from San Francisco to Las Vegas, departing February 3, 2007, and returning February 4,

18  2007, with the further proviso that defendant is not to engage in any gambling while in Las

19  Vegas.

20

21  Dated: 12/27/06

                                       RANDY MONTESANO, Attorney for Defendant
22

23  Dated: 12/27/06

24                                     PETER AXELROD, AUSA

25

26  So ordered:

27  Dated: 1/03/07

28                                     U.S. DISTRICT JUDGE
                                       IT IS SO ORDERED
                                       Judge Charles R. Breyer

TOTAL P.02