STEVEN F. GRUEL (CSBN 213148)
Attorney at Law

655 Montgomery Street, Suite 1700
San Francisco, California 94122
Telephone Number (415) 989-1253
Fax Number (415) 576-1442
attystevengruel@sbcglobal.net

Attorney for Anthony Gar Lau

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-05-00395-CRB |
| ) | No. CR-06-00192-CRB |
| Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED] ORDER |
| Vs. ) | PERMITTING CONIDTIONS OF |
| ) | PRETRIAL RELEASE TO ALLOW |
| ANTHONY GAR LAU, ) | TRAVEL TO AND FROM THE CENTRAL |
| ) | DISTRICT OF CALIFORNIA |
| Defendant. ) | |
| ) | Honorable Charles R. Breyer |
| ) | |
| ) | |

    Defendant Anthony Gar Lau, by and through his attorney, Steven F. Gruel, Esquire, respectfully requests that the defendant's conditions of pretrial release be modified so as to permit travel to and from the Central District of California. This request is predicated on the fact that the defendant's wife and children plan to move to Los Angeles, California and live there while Mr. Lau serves his upcoming prison sentence in this case. The defendant's family intends to begin making this transition to Los Angeles at the end of January 2007 and early February 2007.  Consequently, Mr. Lau must assist his family in making the geographic move and will subsequently be visiting his family until sentencing in March 2007.

*STIPULATION AND [PROPOSED] ORDER*
*PERMITTING CONIDTIONS OF PRETRIAL*
*RELEASE TO ALLOW TRAVEL TO AND*
*FROM THE CENTRAL DISTRICT OF CALIFORNIA*

- 1

The government does not oppose and stipulates to this defense request to modify the defendant's conditions of pretrial release to permit travel as described above. The United States Pretrial Services officer assigned to this case is aware of and does not oppose this request.

SO STIPULATED:

DATED: 1/30/07

                       __/s/_____
                       STEVEN F. GRUEL,
                       Attorney for Defendant Anthony Gar Lau

DATED: 1/30/07      __/s/_____
                       PETER B. AXELROD
                       Assistant United States Attorney

### [PROPOSED] ORDER

PREDICATED on the above stipulation and GOOD CAUSE APPEARING, the Court hereby modifies the defendant's conditions of pretrial release so as to permit travel to and from the Central District of California.

IT IS SO ORDERED.

DATED: Jan. 31, 2007     _____
                              CHARLES R. BREYER
                              U.S. District Court Judge

*STIPULATION AND [PROPOSED] ORDER PERMITTING CONIDTIONS OF PRETRIAL RELEASE TO ALLOW TRAVEL TO AND FROM THE CENTRAL DISTRICT OF CALIFORNIA*