UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ANTHONY LAU, ) <br> ) <br> Defendant. ) <br> ) | No. CR 06-0192 CRB <br><br> ~~[PROPOSED]~~ AMENDED PRELIMINARY ORDER OF FORFEITURE |

Having considered the application for a preliminary order of forfeiture filed by the United States, the stipulation re entry of forfeiture judgment filed by the parties, and good cause appearing,

IT IS HEREBY ORDERED THAT defendant Anthony Lau shall forfeit to the United States the sum of $1,000,000 pursuant to Title 18, United States Code, Section 982(a)(1) and Rule 32.2(b) of the Federal Rules of Criminal Procedure;

IT IS FURTHER ORDERED THAT the forfeiture money judgment shall be partially satisfied by the forfeiture of the defendant's right, title and interest in the jewelry listed in Exhibit 1 and the $395,506 seized from defendant's residence;

IT IS FURTHER ORDERED THAT the United States Marshals Service shall seize the jewelry and the $395,506, and publish at least once for three successive weeks in a newspaper of general circulation, notice of this Order, notice of the Marshal's intent to dispose of the

1  property in such manner as the Attorney General may direct and provide notice that any person,
2  other than the defendant, having or claiming a legal interest in the property must file a petition
3  with the Court and serve a copy on government counsel within thirty (30) days of the final
4  publication of notice or of receipt of actual notice, whichever is earlier;
5     IT IS FURTHER ORDERED THAT the government may undertake whatever
6  discovery is necessary to identify, locate and dispose of other property subject to forfeiture or
7  other substitute assets;
8     IT IS FURTHER ORDERED THAT all payments made in satisfaction of this money
9  judgment shall be made payable to the United States of America and/or the United States
10 Marshals Service and delivered to the attention of Assistant United States Attorneys Peter B.
11 Axelrod, Laurel Beeler, or Stephanie Hinds, United States Attorneys Office, 450 Golden Gate
12 Avenue, San Francisco, California 94102;
13    IT IS FURTHER ORDERED THAT pursuant to Rule 32.2(b)(3) of the Federal Rules
14 of Criminal Procedure, this Order of Forfeiture shall become final as to the defendant Anthony
15 Lau at the time of sentencing and shall be made part of the sentence and included in the
16 judgment;
17    IT IS FURTHER ORDERED that the Court shall retain jurisdiction to enforce this
18 Order, and to amend it as necessary pursuant to Federal Rules of Criminal Procedure, Section
19 32.2(e), and.
20    IT IS FURTHER ORDERED THAT the Clerk of the Court shall forward four
21 certified copies of this Order to the United States Attorney's Office, 450 Golden Gate Avenue, 9th
22 Floor, San Francisco, California, Attention Assistant U.S. Attorney, Stephanie M. Hinds.
23
24    IT IS SO ORDERED.
25
26 DATED: March 15, 2007



_____
CHARLES R. BREYER
United States District Judge

[PROPOSED] AMENDED ORDER
CR 06-0192 CRB