1  RANDY MONTESANO
   Attorney at Law - SB #83842
2  214 Duboce Avenue
   San Francisco, California 94103
3  (415) 431-8226

4  STEVE GRUEL
   Attorney at Law #213148
5  655 Montgomery Street, Suite 1700
   San Francisco, CA  94111-2633
6  (415) 989-1253

7  Attorneys for Defendant
   Anthony Gar Lau

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. CR-05-0395, CR-06-0192 CRB |
|---|---|
| Plaintiff, | ) |
| | ) ORDER EXONERATING BAIL |
| vs. | ) |
| ANTHONY GAR LAU, | ) |
| Defendant. | ) |

Upon good cause being shown,

IT IS HEREBY ORDERED that the bail heretofore posted by defendant ANTHONY GAR LAU, be and is, hereby exonerated.

Dated: May 15, 2007

IT IS SO ORDERED

Judge Charles R. Breyer